### GEORGE POLK V. THE STATE.

No. 11476. Delivered April 4, 1928.

**Murder—Bills of Exception—In Question and Answer Form—Cannot Be
Considered.**

Where bills of exception are in question and answer form, and no
certificate of the judge showing the necessity of such form appears, the
bills will not be considered. See Montez v. State, 276 S. W. 709, and
other cases cited.

Appeal from the District Court of San Augustine County.
Tried below before the Hon. V. H. Stark, Judge.

Appeal from a conviction of murder, penalty fifteen years in
the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

CHRISTIAN, JUDGE.—The offense is murder, the punishment confinement in the penitentiary for fifteen years.

Two bills of exception are brought forward. Both are in question and answer form. No certificate of the judge showing the necessity of such form appears. Bills of exception in question and answer form are not entitled to consideration. Montez v. State, 276 S. W. 709; Robbins v. State, 272 S. W. 175; Romez v. State, 245 S. W. 914; Jetty v. State, 235 S. W. 589. Where a bill of exception appears in question and answer form, in order to receive consideration, the certificate of the trial judge must show the necessity for such form. Lee v. State, 274 S. W. 582.

The evidence is sufficient to support the conviction.

The judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.